157 A.3d 853

IN THE MATTER OF EDDIE GONZALEZ, CITY OF NEWARK (EDDIE GONZALEZ–PETITIONER)

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002313–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.